377 A.2d 197

Weaver, Appellant, v. Dooley, et al.

Submitted December 10, 1976. Arthur A. Moorshead, and Moorshead & Niccolo, for appellant; Lawrence E. Wood and W. Peter Barnes, for appellees.

Order affirmed.

377 A.2d 197

Williamson v. A. Duie Pyle, Inc., Appellant.

Argued June 17, 1976. Alan Letofsky, with him Stanley P. Stahl, for appellant; Simon J. Denenberg, and Abramson & Denenberg, submitted a brief for appellee.

Order affirmed.